Generated: Oct 19, 2023 12:40PM                                                                                          Page 1/1

# U.S. District Court

## California Southern - San Diego

Receipt Date: Oct 19, 2023 12:40PM

Julio Mayen
15335 Castle Peak Ln
Jamul, Ca 91935

Rcpt. No: 149017         Trans. Date: Oct 19, 2023 12:40PM         Cashier ID: #JC

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | DCAS323CV001915 | 1 | 402.00 | 402.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CA | Cash | | $402.00 |
| | | Total Due Prior to Payment: | $402.00 |
| | | Total Tendered: | $402.00 |
| | | Total Cash Received: | $402.00 |
| | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.