Julio Mayen
15335 Castle Peak Lane
Jamul, California 91935
ekultan@gmail.com

**FILED**
Oct 19 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ RodrigoContreras DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>            Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC., CHL MORTGAGE PASS- THROUGH TRUST 2005-07, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-07.; NEWREZ, LLC. DBA SHELLPOINT MORTGAGE SERVICING, AND,; INCLUDING ANY SPV/TRUST, INVESTORS and DOES 1 through 10, inclusive,<br><br>            Defendants, | Case No. **'23CV1915 RBM AHG**<br><br>**MOTION TO FILE CM/ECF**<br><br>**TRIAL BY JURY DEMANDED** |

**TO THIS HONORABLE COURT OF RECORD,**

## REQUEST TO FILE ELECTRONICALLY VIA EM/ECF

Plaintiff, hereby requests permission to file, receive and serve documents electronically.

Plaintiff has a Pacer account, necessary hardware and software required to file, email account and is familiar with the CM/ECF system

Executed on October 19, 2023

By: _____ [L.S./SEAL]
Julio Mayen Pro Se