Julio Mayen
15335 Castle Peak Lane
Jamul, California 91935
ekultan@gmail.com

**FILED**

Oct 19 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ RodrigoContreras   DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC., CHL MORTGAGE PASS- THROUGH TRUST 2005-07, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-07.; NEWREZ, LLC. DBA SHELLPOINT MORTGAGE SERVICING, AND,; INCLUDING ANY SPV/TRUST, INVESTORS and DOES 1 through 10, inclusive,<br><br>        Defendants, | Case No. **'23 CV 1915 RBM AHG**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO FILE CM/ECF**<br><br>**TRIAL BY JURY DEMANDED** |

### TO THIS HONORABLE COURT OF RECORD,

# MEMORANDUM

Plaintiff is approved and has been using the EM/ECF system for a case on appeal with the 9th Circuit Court of Appeals since approximately July 2020. It is Plaintiff's belief that the system in the same and is familiar and competent with it.

Executed on October 19, 2023

By: _____ [L.S./SEAL]
      Julio Mayen, Pro Se