# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>                Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; THE BANK OF NEW YORK MELLON, as Trustee for the Certificate Holders of CWMBS, Inc.; CHL MORTGAGE PASS THROUGH TRUST 2005-07; MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-07; NEWREZ, LCC; ANY SPV/TRUST, INVESTORS; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No.: 3:23-cv-01915-RBM-AHG<br><br>**ORDER DENYING MOTION TO FILE CM/ECF**<br><br>[Doc. 2] |

      Presently before the Court is Plaintiff Julio Mayen's ("Plaintiff") motion to file CM/ECF ("Motion"). (Doc. 2.) Generally, "[e]xcept as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Filing System." S.D. Cal. Civ. L.R. 5.4(a). With respect to pro se litigants, however, "[u]nless

1

otherwise authorized by the court, all documents submitted for filing to the Clerk's Office . . . must be in legible, paper form." *See* Electronic Case Filing Admin. Policies and Procedures Manual, § 2(b) (S.D. Cal. Jan. 30, 2023) ("ECF Manual"). "A pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." *Id*. The ECF Manual refers to the Court's official website for CM/ECF technical specifications, *id*. at § 1(i), which include a "[c]omputer running Windows or Macintosh"; "[s]oftware to convert documents from a word processor format to portable document format (PDF)," such as "Adobe Acrobat 7.0 and higher"; "[i]nternet access supporting a transfer rate of 56kb or higher"; a compatible browser, such as "Firefox 15, Internet Explorer 9, and Safari 5.1/6 or later version"; a "[s]canner to image non-computerized documents 400 pixels per inch (ppi)"; and a PACER account. *See* U.S. District Court, S.D. Cal., CM/ECF: General Info, https://www.casd.uscourts.gov/cmecf.aspx#undefined1 (last visited September 15, 2023).

In the Motion, Plaintiff affirms that he has a "Pacer account, necessary hardware and software required to file, [an] email account and is familiar with the CM/ECF system[.]" (Doc. 2 at 2.)[1] Plaintiff also states that he is "approved and has been using [C]M/ECF system for a case on appeal with the 9th Circuit Court of Appeals since approximately July 2020" and that he believes "the system i[s] the same and is familiar and competent with it." (Doc. 2-1 at 2.)

Plaintiff has failed to state whether he will follow all rules and policies in the ECF Manual. Additionally, Plaintiff has failed to state whether he has (1) a computer running Windows or Macintosh, (2) software to convert documents from a word processor format to PDF such as Adobe Acrobat 7.0 and higher, (3) internet access supporting a transfer rate

---

[1] The Court uses the CM/ECF pagination to refer to the page number of a docketed document.

of 56kb or higher, (4) a compatible browser such as Firefox 15, Internet Explorer 9, or Safari 5.1/6 or a later version, and (5) a scanner that can image non-computerized documents at 400 ppi. *See* ECF Manual § 1(i); U.S. District Court, S.D. Cal., CM/ECF: General Info, https://www.casd.uscourts.gov/cmecf.aspx#undefined1 (last visited October 24, 2023).

     **ACCORDINGLY**, Plaintiff's Motion (Doc. 2) is **DENIED WITHOUT PREJUDICE**. Plaintiff may file an amended motion that includes a declaration addressing the deficiencies identified above and affirming that Plaintiff can follow all rules and policies in the ECF Manual.

     **IT IS SO ORDERED.**

DATE: October 25, 2023

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE