1  Julio Mayen
2  15335 Castle Peak Lane
   Jamul, California 91935
3  ekultan@gmail.com
4

**FILED**

NOV 01 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

5

6            **UNITED STATES DISTRICT COURT**

7           **SOUTHERN DISTRICT OF CALIFORNIA**

8

9  **JULIO MAYEN**                    **Case No. 23cv1915-RBM-AHG**
10
11            Plaintiff,
   vs.                               **AMENDED MOTION TO FILE**
12                                    **CM/ECF**

13 **COUNTRYWIDE HOME LOANS,**
   **INC., MORTGAGE ELECTRONIC**     Hearing Date:
14 **REGISTRATION SYSTEMS, INC.,**   December 4, 2023
15 **THE BANK OF NEW YORK**
   **MELLON FKA THE BANK OF NEW**    **NO ORAL ARGUMENT UNLESS**
16 **YORK, AS TRUSTEE FOR THE**      **ORDERED BY THE COURT**
17 **CERTIFICATE HOLDERS OF**
   **CWMBS, INC., CHL MORTGAGE**     **Action Filed: October 19, 2023**
18 **PASS- THROUGH TRUST 2005-07,**  **Trial Date: None Set**
19 **MORTGAGE PASS-THROUGH**
   **CERTIFICATES, SERIES 2005-07.;**
20 **NEWREZ, LLC. DBA SHELLPOINT**
21 **MORTGAGE SERVICING, AND,;**     **TRIAL BY JURY DEMANDED**
   **INCLUDING ANY SPV/TRUST,**
22 **INVESTORS and DOES 1 through 10,**
23 **inclusive,**
            Defendants,
24

25

26

27        **TO THIS HONORABLE COURT OF RECORD,**

28

## REQUEST TO FILE ELECTRONICALLY VIA EM/ECF

Plaintiff hereby submits his Amended Motion to File CM/ECF and requests permission to file, receive and serve documents electronically.

Plaintiff has a Pacer account since 2013, necessary hardware and software required to file, email account and is familiar with the CM/ECF system.

Plaintiff's hardware and software capabilities exceed the courts minimum technical requirements to use the CM/ECF system as described on the Court's website: https://www.casd.uscourts.gov/cmecf.aspx#undefined1.

Plaintiff agrees to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual.

Executed on November 1, 2023

By: _____ [L.S./SEAL]
         Julio Mayen, Pro Se

## Proof of Service

I certify that I have served a copy of Plaintiff's **AMENDED MOTION TO FILE CM/ECF** on November 1, 2023 by first class US Postal Service Certified Mail to:

**COUNTRYWIDE HOME LOANS, INC.**
C/O: C T CORPORATION SYSTEM  (Agent for service of process)
330 N. Brand Blvd., STE., 700
Glendale, CA  91203
**USPS#: 7017-3380-0000-5687-9073**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**
C/O: C T CORPORATION SYSTEM  (Agent for service of process)
28 Liberty Street
New York, NY  10005
**USPS#: 7017-3380-0000-5687-9080**

**BANK OF NEW YORK MELLON AS TRUSTEE FOR CWMBS, INC.**
C/O: C T CORPORATION SYSTEM  (Agent for service of process)
28 Liberty Street
New York, NY  10005
**USPS#: 7017-3380-0000-5687-9097**

**NEWREZ, LLC. DBA SHELLPPINT MORTGAGE SERVICING**
C/O: CSC – LAWYERS INCORPORATING SERVICING  (Agent for service of process)
2710 Gateway Oaks Drive, STE., 150 N
Sacramento, CA  95833
**USPS#: 7017-3380-0000-5687-9103**

By: _Julio Mayen_____ [L.S./SEAL]
Julio Mayen, Plaintiff
15335 Castle Peak Lane
Jamul, CA  91935



Julio Mayen
15335 Castle Peak Lane
Jamul, California 91935
ekultan@gmail.com

FILED

NOV 01 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

JULIO MAYEN

          Plaintiff,

vs.

COUNTRYWIDE HOME LOANS,
INC., MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
THE BANK OF NEW YORK
MELLON FKA THE BANK OF NEW
YORK, AS TRUSTEE FOR THE
CERTIFICATE HOLDERS OF
CWMBS, INC., CHL MORTGAGE
PASS- THROUGH TRUST 2005-07,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2005-07.;
NEWREZ, LLC. DBA SHELLPOINT
MORTGAGE SERVICING, AND,;
INCLUDING ANY SPV/TRUST,
INVESTORS and DOES 1 through 10,
inclusive,

          Defendants,

Case No.  23cv1915-RBM-AHG

**AMENDED MEMORANDUM OF
POINTS AND AUTHORITIES IN
SUPPORT OF PLAINTIFF'S
AMENDED MOTION TO FILE
CM/ECF**

Hearing Date:
December 4, 2023

**NO ORAL ARGUMENT UNLESS
ORDERED BY THE COURT**

**Action Filed:  October 19, 2023
Trial Date:  None Set**

**TRIAL BY JURY DEMANDED**

## TO THIS HONORABLE COURT OF RECORD,

**MEMORANDUM**

Plaintiff is approved and has been using the EM/ECF system for a pending case on appeal with the 9th Circuit Court of Appeals since approximately July 2020. It is Plaintiff believes that the system is the same and is familiar and competent with it. Plaintiff agrees to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual.

Plaintiff declares that:

- Plaintiff's computer uses a Windows 64 bit operating system.

- Plaintiff uses Adobe Acrobat 9.0 to convert documents into .pdf files.

- Plaintiff's internet speed is rated at approximately 30 mbps, up and downloads.

- Plaintiff currently uses Firefox version 112.

- Plaintiff's scanner is capable of up to 19200 ppi.

Executed on November 1, 2023

By: _____ [L.S./SEAL]
        Julio Mayen, Pro Se

## **Proof of Service**

I certify that I have served a copy of Plaintiff's **AMENDED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S AMENDED MOTION TO FILE CM/ECF** on November 1, 2023 by first class US Postal Service Certified Mail to:

**COUNTRYWIDE HOME LOANS, INC.**
C/O: C T CORPORATION SYSTEM - (Agent for service of process)
330 N. Brand Blvd., STE., 700
Glendale, CA  91203
**USPS#: 7017-3380-0000-5687-9073**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**
C/O: C T CORPORATION SYSTEM - (Agent for service of process)
28 Liberty Street
New York, NY  10005
**USPS#: 7017-3380-0000-5687-9080**

**BANK OF NEW YORK MELLON AS TRUSTEE FOR CWMBS, INC.**
C/O: C T CORPORATION SYSTEM - (Agent for service of process)
28 Liberty Street
New York, NY  10005
**USPS#: 7017-3380-0000-5687-9097**

**NEWREZ, LLC. DBA SHELLPPINT MORTGAGE SERVICING**
C/O: CSC – LAWYERS INCORPORATING SERVICING - (Agent for service of process)
2710 Gateway Oaks Drive, STE., 150 N
Sacramento, CA  95833
**USPS#: 7017-3380-0000-5687-9103**

By: _Julie Mayen_ _____ [L.S./SEAL]
Julie Mayen, Plaintiff
15335 Castle Peak Lane
Jamul, CA  91935