AO 441    Summons in a Civil Action                                                                                              (Page 2)

Civil Action No. 23cv1915-RBM-AHG                           Date Issued:      10/19/23

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**
was received by me on *(date)* **October 27, 2023**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of the individual)* **C T CORPORATION SYSTEM**, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** on *(date)* **October 27, 2023**; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*:    **Mailed via USPS PRIORITY MAIL to the Agent for Service of Process of record.**

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **October 27, 2023**                        _____
                                                                        *Server's Signature*

**Susan Mayen – N/A**
_____
*Printed name and title*

**10836 Calle Verde, # 219, La Mesa, CA  91941**
_____
*Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**
USPS PRIORITY MAIL #: 9589-0710-5270-0588-3910-09
Sent Certified and Return Receipt on October 27, 2023



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here
OCT 27 2023

Sent To  MERS c/o
Street and Apt. No., or PO Box No.  CT Corporation System
City, State, ZIP+4  28 Liberty Street
New York, NY 10005

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

9589 0710 5270 0588 3910 09

# MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
USPS PRIORITY MAIL #: 9589-0710-5270-0588-3910-09
Sent Certified and Return Receipt on October 27, 2023