AO 441   Summons in a Civil Action (Page 2)

Civil Action No. 23cv1915-RBM-AHG          Date Issued:   10/19/23

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* **NEWREZ, LLC dba SHELLPOINT MORTGAGE SERVICING**
was received by me on *(date)* **October 27, 2023**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of the individual)* **CSC – LAWYERS INCORPORATING SERVICE**, who is designated by law to accept service of process on behalf of *(name of organization)* **NEWREZ, LLC dba SHELLPOINT MORTGAGE SERVICING** on *(date)* **October 27, 2023**; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: **Mailed via USPS PRIORITY MAIL to the Agent for Service of Process of record.**

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **October 27, 2023**

_____
*Server's Signature*

**Susan Mayen – N/A**

*Printed name and title*

**10836 Calle Verde, # 219, La Mesa, CA  91941**

*Server's address*

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

**NEWREZ, LLC. DBA SHELLPOINT MORTGAGE SERVICING**
USPS PRIORITY MAIL #: 9589-0710-5270-0588-3909-89
Sent Certified and Return Receipt on October 27, 2023

[Image of USPS Priority Mail envelope and Certified Mail Return Receipt addressed to: NEWREZ, LLC DBA SHELLPOINT MORTGAGE SERVICING, c/o CSC-LAWYERS INCORPORATING SERVICE, 3710 GATEWAY OAKS DRIVE STE 150N, SACRAMENTO, CA 95833. From: JULIO MANJON, 15375 CASTLE PEAK LN, JAMUL, CA 91935. Postage $17.55, Spring Valley CA, Oct 27, 2023.]

```
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
                                    SHELLPOINT MORTGAGE
Sent To  NEWREZ, LLC DBA            SERVICING C/O LAWYERS
Street and Apt. No., or PO Box No.           INCORPORATING
3710 GATEWAY OAKS DRIVE STE 150N              SERVICE
City, State, ZIP+4®
SACRAMENTO, CA 95833

Postmark Here
OCT 27 2023

9589 0710 5270 0588 3909 89

PS Form 3800, January 2023  PSN 7530-02-000-9047   See Reverse for Instructions
```

**NEWREZ, LLC. DBA SHELLPOINT MORTGAGE SERVICING**
USPS PRIORITY MAIL #: 9589-0710-5270-0588-3909-89
Sent Certified and Return Receipt on October 27, 2023

AO 441    Summons in a Civil Action (Page 3)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 23cv1915-RBM-AHG

Defendants:

Countrywide Home Loans, Inc.;

Mortgage Electronic Registration Systems, Inc.;

The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificate Holders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-07, Mortgage Pass-Through Certificates, Series 2005-07;

Newrez, LLC. DBA Shellpoint Mortgage Servicing;

And Including Any SPV/Trust, Investors;

Does 1 Through 10, inclusive