AUSTIN B. KENNEY (State Bar No. 242277)
abk@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

ADAM N. BARASCH (State Bar No. 158220)
anb@severson.com
SEVERSON & WERSON
A Professional Corporation
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
BANK OF NEW YORK, AS TRUSTEE
FOR THE CERTIFICATE HOLDERS OF
CWMBS, INC., CHL MORTGAGE
PASS-THROUGH TRUST 2005-07,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2005-07

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC., ET AL.<br><br>Defendants. | Case No. 3:23-cv-1915-RBM-AHGL<br>The Hon. Ruth Bermudez Montenegro<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FRCP 12(b)(6)]**<br><br>Date: January 16, 2024<br>Time: 9:00 a.m.<br>Crtrm.: 5B<br><br>Trial Date:     none set |

TO PLAINTIFF, ALL PARTIES, AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that that on January 16, 2024 or as soon thereafter as the matter may be heard, in Courtroom 5B of the above-entitled Court, located at 221 West Broadway, San Diego, California, Defendants COUNTRYWIDE HOME LOANS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-07, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-07 will, and hereby do, move for an order dismissing Plaintiff's complaint and all of the claims asserted in this action on the basis that each fails to state a claim for which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6).

This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, any request for judicial notice, the complaint and all other pleadings and records on file in this action, and upon such other argument as may be presented at the hearing on this motion.

DATED: November 17, 2023

SEVERSON & WERSON
A Professional Corporation

By: /s/ Adam N. Barasch
    Adam N. Barasch

Attorneys for Defendants COUNTRYWIDE HOME LOANS, INC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-07, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-07

# CERTIFICATE OF SERVICE

I, Chevalier Robertson, hereby certify that on this 17th day of November, 2023, a copy of the foregoing **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FRCP 12(b)(6)]** was served via U.S. Mail and with the Clerk of the Court by using the CM/ECF system, on the following:

Julio Maven
15335 Castle Peak Lane
Jamul. CA 91935
Telephone No.:  (619) 669-9887
PRO SE

*Chevalier Robertson*
Chevalier Robertson