| | |
|---|---|
| 1 | AUSTIN B. KENNEY (State Bar No. 242277) |
|   | abk@severson.com |
| 2 | SEVERSON & WERSON, APC |
|   | The Atrium |
| 3 | 19100 Von Karman Avenue, Suite 700 |
|   | Irvine, California 92612 |
| 4 | Telephone: (949) 442-7110 |
|   | Facsimile: (949) 442-7118 |
| 5 | |
| 6 | ADAM N. BARASCH (State Bar No. 158220) |
|   | anb@severson.com |
| 7 | SEVERSON & WERSON, APC |
|   | 595 Market Street, Suite 2600 |
| 8 | San Francisco, California 94105 |
|   | Telephone: (415) 398-3344 |
|   | Facsimile: (415) 956-0439 |

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-07, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-07

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN, | Case No. 3:23-cv-1915-RBM-AHGL |
| Plaintiff, | The Hon. Ruth Bermudez Montenegro Courtroom 5B |
| vs. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT, PURSUANT TO FRCP 12(b)(6)** |
| COUNTRYWIDE HOME LOANS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC., ET AL. | *Filed concurrently with Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(6); Memorandum of Points and Authorities; [Proposed] Order* |
| | Date:  January 16, 2024 |
| Defendants. | Time:  9:00 a.m. |
| | Crtrm.: 5B |
| | Trial Date:  None set. |

70000.3826/16652563.1                                      Case No. 3:23-cv-1915-RBM-AHGL

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(B)(6)

1    Pursuant to Rule 201 of the Federal Rules of Evidence, and additional rules and
2 case law permitting consideration of the below-listed items, defendants
3 COUNTRYWIDE HOME LOANS, INC, (hereinafter, "Countrywide");
4 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (hereinafter,
5 "MERS"); and BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE
6 HOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST
7 2005-07, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-07
8 (hereinafter, "BONY") (collectively, "Moving Defendants") request that the Court
9 take judicial notice of the following documents.
10   For purposes of a motion challenging the pleadings, the Court may consider
11 documents and information incorporated by reference into the complaint, matters of
12 public record, and facts susceptible to judicial notice. *Coto Settlement v. Eisenberg*,
13 593 F.3d 1031, 1038 (9th Cir. 2010); *Haley v. City of Boston*, 657 F.3d 39, 46 (1st
14 Cir. 2011); see Fed. R. Evid. Rule 201.
15   Courts commonly take judicial notice of recorded deeds and similar
16 instruments. *See, e.g., Monaco v. Bear Stearns Residential Mortgage Corp.*, 554 F.
17 Supp. 2d 1034, 1036 n.1 (C.D. Cal. 2008). The Court may also judicially notice court
18 filings and other matters of public record. Fed. R. Evid. Rule 201; *Reyn's Pasta Bella,*
19 *LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006).
20   Based on the foregoing, Moving Defendants request judicial notice of the
21 following documents:
22   1.    Deed of Trust dated December 27, 2004, and recorded in the Official
23 Records of the San Diego County Recorder's Office on December 30, 2004, as
24 Instrument Number 2004-1229184. A true and correct copy is attached hereto as
25 **Exhibit 1**.
26   2.    Assignment of Deed of Trust dated June 6, 2011, and recorded in the
27 Official Records of the San Diego County Recorder's Office on June 13, 2011, as
28 Instrument Number 2011-0300032. A true and correct copy is attached hereto as

1 **Exhibit 2**.

2     3.    Notice of Default and Election to Sell Under Deed of Trust dated June 20, 2023, and recorded in the Official Records of the San Diego County Recorder's Office on June 23, 2023, as Instrument Number 2023-0164248. A true and correct copy is attached hereto as **Exhibit 3**.

6     4.    Notice of Trustee's Sale dated September 22, 2023, and recorded in the Official Records of the San Diego County Recorder's Office on September 25, 2023, as Instrument Number 2023-0259149. A true and correct copy is attached hereto as **Exhibit 4**.

10     5.    Plaintiffs' bankruptcy docket for Chapter 13 Bankruptcy, filed February 21, 2013, in the United States Bankruptcy Court for the Southern District of California, Case No. 3:13-01660-LT13, a true and correct copy of which is attached hereto as **Exhibit 5**.

14     6.    Plaintiff's Schedule B-Personal Property, filed March 7, 2013, in the United States Bankruptcy Court for the Southern District of California, Case No. 3:13-01660-LT13, a true and correct copy of which is attached hereto as **Exhibit 6**.

17     7.    Plaintiffs' bankruptcy docket for Chapter 13 Bankruptcy, filed August 22, 2016, in the United States Bankruptcy Court for the Southern District of California, Case No. 3:16-05104-LT13, a true and correct copy of which is attached hereto as **Exhibit 7**.

21     8.    Plaintiff's Schedule B-Personal Property, filed September 19, 2016, in the United States Bankruptcy Court for the Southern District of California, Case No. 3:16-05104-LT13, a true and correct copy of which is attached hereto as **Exhibit 8**.

24     9.    Plaintiffs' docket for Chapter 13 Bankruptcy, filed August 22, 2016, in the United States Bankruptcy Court for the Southern District of California, Case No. 3:16-07181-LT13, a true and correct copy of which is attached hereto as **Exhibit 9**.

27     10.    Plaintiff's Schedule B-Personal Property, filed January 3, 2017, in the United States Bankruptcy Court for the Southern District of California, Case No.

3:16-07181-LT13, a true and correct copy of which is attached hereto as **Exhibit 10**.

11. Plaintiffs docket for District Court case filed by Plaintiff on September 5, 2013, in the U.S. District Court, Southern District of California, Case Number 3:13-cv-02080-MMA-BGS entitled *Julio Mayen v. Bank of America, et al.* A true and correct copy is attached hereto as **Exhibit 11**.

12. Order Granting Motion to Dismiss for District Court case filed by Plaintiff on September 5, 2013, in the U.S. District Court, Southern District of California, Case Number 3:13-cv-02080-MMA-BGS entitled *Julio Mayen v. Bank of America, et al.* A true and correct copy is attached hereto as **Exhibit 12**.

13. Plaintiffs docket for District Court case filed by Plaintiff on January 11, 2017, in the U.S. District Court, Southern District of California, Case Number 3:17-cv-00050-JLS-MDD entitled *Julio Mayen v. New Penn Financial, LLC.* A true and correct copy is attached hereto as **Exhibit 13**.

14. Order Granting Motion to Dismiss without leave to amend for District Court case filed by Plaintiff on August 12, 2019 in the U.S. District Court, Southern District of California, Case Number 3:17-cv-00050-JLS-MDD entitled *Julio Mayen v. New Penn Financial, LLC.* A true and correct copy is attached hereto as **Exhibit 14**.

DATED: November 17, 2023

SEVERSON & WERSON
A Professional Corporation

By:    */s/ Adam N. Barasch*
       ADAM N. BARASCH

Attorneys for Defendants COUNTRYWIDE HOME LOANS, INC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-07, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-07

# CERTIFICATE OF SERVICE

I, Chevalier Robertson, hereby certify that on this 17th day of November, 2023, a copy of the foregoing **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT, PURSUANT TO FRCP 12(b)(6)** was served via U.S. Mail and with the Clerk of the Court by using the CM/ECF system, on the following:

Julio Maven
15335 Castle Peak Lane
Jamul, CA 91935
Telephone No.: (619) 669-9887
PRO SE

*Chevalier Robertson*
Chevalier Robertson