Julio Mayen
15335 Castle Peak Lane
Jamul, California 91935
ekultan@gmail.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Julio Mayen**<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC., CHL MORTGAGE PASS- THROUGH TRUST 2005-07, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-07.; NEWREZ, LLC. DBA SHELLPOINT MORTGAGE SERVICING, AND,; INCLUDING ANY SPV/TRUST, INVESTORS and DOES 1 through 10, inclusive,<br>　　　　　Defendants, | Case No.: 3:23-cv-01915-RBM-AHG<br><br>The Hon. Ruth Bermudez Montenegro<br><br>**PLAINTIFF'S RESPONSE IN OPPOSITION AND OBJECTION TO DEFENDANTS' MOTION TO QUASH PROCESS AND DISMISS, SUBMITTED BY SEVERSON & WERSON, APC.**<br><br><u>Hearing Info:</u><br>Date:　　　　January 16, 2024<br>Time:　　　　9:00 AM<br>Courtroom:　　5B<br><br>Action Filed:　　October 19, 2023<br>Trial Date:　　TBD<br><br>**<u>TRIAL BY JURY DEMANDED</u>** |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
## TO QUASH PROCESS AND DISMISS

# INTRODUCTION

1. Julio Mayen ("Plaintiff") presents this opposition to the Motion to Quash Process and Dismiss filed by Countrywide Home Loans, Inc., Mortgage Electronic Registration Systems, Inc., The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificate Holders of CWMBS, INC., CHL Mortgage Pass-Through Trust 2005-07, Mortgage Pass-Through Certificates, Series 2005-07, et al. ("Defendants").

Lack of Defendants' Standing

2. The Defendants have not demonstrated a substantive interest in the subject matter, essential for legal standing as per California's Code of Civil Procedure Section 367.

Insufficiency of the Initial Screening Process

3. The lawsuit proceeded without adequate preliminary judicial review, crucial for assessing claim validity, as required by California's Code of Civil Procedure Section 430.10(e).

Allegations of Insufficient Evidence

4. Defendants' allegations lack specific detail and proof. The standard for a prima facie case requires the defendant to present reasonable evidence of the claim.

Defendants' Lack of Capacity to Sue

5.  The Defendants do not possess the legal capacity to initiate this lawsuit, based on California's Code of Civil Procedure Section 367.

Legal Framework and Case Law

6.  Key cases such as *DaimlerChrysler Corp. v. Inman* (2007) and *Wilson v. Parker, Covert & Chidester* (2002) support the Plaintiff's stance on the necessity of a beneficial interest for standing and the implications of improper complaint screening.

Federal Case Law and Consumer Protection Law

7.  The Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §§ 1692 et seq., mandates accurate debt information, as emphasized in Ninth Circuit cases like *Nelson v. Equifax Information Services, LLC* (2018) and *Rodriguez v. Wells Fargo Bank, N.A.* (2016).

Judicial Estoppel does not apply

8.  Nowhere is there any Judicial Order found adjudicating the claims of the Plaintiff such as would impose claim preclusion on Plaintiff's claims.

## STANDARD OF REVIEW

9.  The standard for reviewing Motions to Dismiss requires accepting the Plaintiff's well-pled facts as true, as per Jordan v. Fox Rothschild, O'Brien & Frankel, Inc., 20 F.3d 1250, 1261 (3d Cir. 1994)(9th Cir. Concurring).

10. Plaintiff's Mandatory Judicial Notice/Judicial Notice and Plaintiff's cognizance with claim of rights has been accepted by this Court and are incorporated herein in their entirety, (Dkt. # 6).

## PRAYER FOR RELIEF

11. The Plaintiff seeks to overrule the Defendants' motion, strike irrelevant material from the record, and set the matter for trial. All claims are asserted as true, correct, and complete under 28 USC 1746.

12. The Plaintiff has complied with the pleading standard and rules, providing sufficient specificity. There is no failure to state facts that constitute a cause of action.

WHEREFORE, JULIO MAYEN prays for the following:
- Overrule the Objections/Dismissal Motion of the Defendants,
- Strike all redundant, immaterial, scandalous, or otherwise inappropriate content from the Defendants' submission,
- Set the matter for trial and issue a scheduling order,
- Proceed toward trial on the merits,
- Grant other favorable relief as needful and warranted.

Executed on December 11, 2023 at home, in California

By: /s/ Julio Mayen_____ [L.S./SEAL]
Julio Mayen, Pro Se

# VERIFICATION

## STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I have read the foregoing and know its contents.

The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief and, as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California and 28 USC 1746 that the foregoing is true and correct.

Executed on December 11, 2023 at home, in California

                                              By: /s/ Julio Mayen_____ [L.S./SEAL]
                                                        Julio Mayen, Pro Se

# CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, I electronically filed the foregoing **PLAINTIFF'S RESPONSE IN OPPOSITION AND OBJECTION TO DEFENDANTS' MOTION TO QUASH PROCESS AND DISMISS**, with the Clerk of the Court for the United States District Court, Southern District of California CM/ECF system, which will send notification of such filing to all parties on the service list in this case.

This is provided to give the other side an opportunity to have a meeting of the minds and resolve matters. Plaintiff advises that he is amenable to offers of resolution and invites best offers of resolution - all of which will be considered as he is motivated and amenable to suit which restores him privately to "wholeness" and compensates him for inconvenience and deferral of peaceful resolution.

Dated:  December 11, 2023

                                                By: /s/ Julio Mayen_____ [L.S./SEAL]
                                                        Julio Mayen, Pro Se